1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

JULIA MARIE MARINOBLE,

           Plaintiff,

  v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

           Defendant.

No.  2:22–cv–00209-CKD (SS)

ORDER GRANTING IFP AND
DIRECTING E-SERVICE

17

18

19

20

21

       Presently pending before the court is plaintiff's motion for leave to proceed in forma pauperis.  See 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1]  (ECF No. 2.) Plaintiff submitted the required affidavit, which demonstrates an inability to prepay fees and costs or give security for them.  Accordingly, IT IS HEREBY ORDERED that:

22

       1.      Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

23

       2.      The Clerk of Court is directed to issue a summons for this case;

24

       3.      In keeping with the court's new e-service procedure for Social Security cases,[2]

25

26

27

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

28

[2] http://www.caed.uscourts.gov/caednew/index.cfm/news/new-social-security-case-procedures-effective-after-june-15-2021/

service on the defendant Commissioner of Social Security Administration shall proceed under the court's E-Service program as follows.  Once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint.  The Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order. This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure; and

4.      The parties are hereby notified that, <u>after e-service of the complaint, this action will be STAYED pursuant to General Order Number 615</u>, and there will be no scheduling order or deadlines in effect pending further order of the court.  <u>See</u> E.D. Cal. G.O. No. 615, Paragraphs 6, 10.

Dated:  February 2, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/marinoble209.ss.ifp.e-service